IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hagerman, Stanley J | Case Number: 07 B 17243 |
| | Judge: Squires, John H |
| Printed: 3/4/08 | Filed: 9/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Americredit Financial Ser Inc | Secured | 7,475.00 | 0.00 |
| 2. | Illinois Dept of Revenue | Priority | 1,041.62 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 40.00 | 0.00 |
| 4. | FCNB Master Trust | Unsecured | 71.88 | 0.00 |
| 5. | Illinois Dept of Revenue | Unsecured | 19.62 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 146.48 | 0.00 |
| 7. | Americredit Financial Ser Inc | Unsecured | 677.68 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 123.66 | 0.00 |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Capital One | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Midwest Diagnostic Pathology, SC | Unsecured | | No Claim Filed |
| 14. | Cardiac Diagnostics | Unsecured | | No Claim Filed |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Cardiac Associates | Unsecured | | No Claim Filed |
| 18. | AOL | Unsecured | | No Claim Filed |
| 19. | Advocate Illinois Masonic | Unsecured | | No Claim Filed |
| 20. | Holy Cross Hospital | Unsecured | | No Claim Filed |
| 21. | Heart Specialists Inc | Unsecured | | No Claim Filed |
| 22. | Cache Inc | Unsecured | | No Claim Filed |
| | | | $ 9,595.94 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hagerman, Stanley J | Case Number: 07 B 17243 |
| | Judge: Squires, John H |
| Printed: 3/4/08 | Filed: 9/21/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

